# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 25, 2014

## NO. 03-13-00379-CV

**Janos Farkas, Appellant**

**v.**

**Second Congress, Ltd., Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED AS MOOT -- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the trial court on April 3, 2013. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.